**2002–0736.   State v. Pesci.**
Cuyahoga App. No. 80132. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2002–0759.   State v. Rogers.**
Columbiana App. No. 01CO5, 2002-Ohio-1150. On motion for leave to file delayed appeal. Motion granted.
DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**2002–0765.   In re Hogan.**
Allen App. No. 10–11–45, 2002-Ohio-1769. On motion for stay of court of appeals' judgment. Motion denied.

**2002–0767.   State v. York.**
Seneca App. No. 13–01–19, 2002-Ohio-1398. On review of order certifying a conflict. The court determines that a conflict exists; sua sponte, cause held for the decision in 2002–0201, *State v. Fisher*, Franklin App. No. 01AP–614, 2001-Ohio-8772; briefing schedule stayed.
DOUGLAS, J., concurs in part because he would consolidate this cause with 2002–0201.

**2002–0771.   Robinson v. Springfield Local School Dist. Bd. of Edn.**
Summit App. No. 20606, 2002-Ohio-1382. On motion for stay of court of appeals' judgment. Motion denied.
DOUGLAS and LUNDBERG STRATTON, JJ., dissent.

**2002–0814.   Citicasters Co. v. Stop 26–Riverbend, Inc.**
Mahoning App. Nos. 00CA149 and 00CA212, 2002-Ohio-2286. On motion for stay of court of appeals' judgment. Motion granted and bond continued.
F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–0815.   State v. Patrick.**
Cuyahoga App. No. 78605. On motion for leave to file delayed appeal. Motion denied.

**2002–0856.   Cleveland Clinic Found. v. Commerce Group Benefits, Inc.**
Cuyahoga App. No. 79907, 2002-Ohio-1414. On application for continuation of supersedeas bond. Motion granted.
F.E. SWEENEY and PFEIFER, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2002–0442.   Randolph v. Ohio Adult Parole Auth.**
Miami App. No. 2001CA36, 2002-Ohio-547. Appeal allowed and cause held for the decision in 2001–1253 and 2001–1266, *Layne v. Ohio Adult Parole Auth.*, Marion App. No. 9–2001–06, 2001-Ohio-2222; briefing schedule stayed.
MOYER, C.J., and COOK, J., concur in part because they would allow only on Proposition of Law No. II.